J. C. Pior, alias A. H. Richardson, v. The State.

No. 6014.  Decided December 16, 1920.

Forgery—Final Sentence—Practice on Appeal.

Where, upon appeal from a conviction of forgery, the record disclosed that there is no final sentence, the appeal must be dismissed.

Appeal from the District Court of Johnson.  Tried below before the Honorable O. L. Lockett.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Johnson County of the offense of forgery, and his punishment fixed at confinement in the penitentiary for two years.  An examination of the record discloses that there is no sentence.  In that condition of the record the appeal will have to be dismissed, and it is so ordered.

*Dismissed.*